No. 04–834.  KEYSER v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 04–5724.  SANTOS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 04–6394.  FULANI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–6421.  GOINS v. LOCAL 2047 I L A EXECUTIVE BOARD. C. A. 5th Cir.  Certiorari denied.

No. 04–6521.  HUMBERTO CARDENAS v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 04–6790.  BRYANT v. BARNHART, COMMISSIONER OF SO- CIAL SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 04–6914.  MOBLEY v. SCHOFIELD, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 04–7202.  DAVIS v. DRETKE, DIRECTOR, TEXAS DEPART- MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI- SION.  C. A. 5th Cir.  Certiorari denied.

No. 04–7213.  BURTON v. MOTE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 04–7217.  MARSHALL v. MYERS ET AL.  C. A. 10th Cir. Certiorari denied.

No. 04–7221.  NASH v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04–7224.  KRONCKE v. HOOD ET AL.  C. A. 9th Cir.  Cer- tiorari denied.

No. 04–7230.  BROWN v. MISSISSIPPI.  C. A. 5th Cir.  Certio- rari denied.

No. 04–7236.  WOODBERRY v. BRUCE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.